IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 19–33–M–DLC |
| Plaintiff, | |
| vs. | ORDER |
| PATRICK RYAN O'LEARY, | |
| Defendant. | |

Pursuant to this Court's April 13, 2020 Order (Doc. 90), Defendant Patrick Ryan O'Leary has filed a status report and now moves to withdraw his previous request for compassionate release. (Doc. 91.) Good cause supports the motion.

Accordingly, IT IS ORDERED that the motion (Doc. 91) is GRANTED. IT IS FURTHER ORDERED that O'Leary's Renewed Motion to Reduce Sentence (Doc. 87) and his brief in support (Doc. 88) are WITHDRAWN WITHOUT PREJUDICE.

DATED this 23rd day of April, 2020.

Dana L. Christensen, District Judge
United States District Court