IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>PATRICK RYAN O'LEARY,<br><br>Defendant. | CR 19–33–M–DLC<br><br><br><br>ORDER |

Before the Court is the government's Unopposed Motion for Final Order of Forfeiture. (Doc. 101.)

The Court has reviewed the motion and FINDS:

(1) The United States commenced this action pursuant to 21 U.S.C. § 853 and 18 U.S.C. § 924(d).

(2) A preliminary order of forfeiture was entered on January 9, 2020. (Doc. 59.)

(3) All known interested parties were provided an opportunity to respond and publication has been effected as required by 21 U.S.C. § 853(n)(1). (Doc. 100.)

(4) Cause exists to issue a forfeiture order under 21 U.S.C. § 853 and 18 U.S.C. § 924(d).

1

Accordingly, IT IS ORDERED that the motion (Doc. 101) is GRANTED. Thus, IT IS ORDERED that:

(1)  Judgment of forfeiture shall enter in favor of the United States pursuant to 21 U.S.C. § 853 and 18 U.S.C. § 924(d), free from the claims of any other party, in the following property:

- A Diamondback Firearms, DB9, 9mm Pistol, S/N: YH0004;
- A Winchester, 12-gauge pump-action shotgun, S/N: 924166;
- A Saiga 12-gauge, semi-automatic shotgun;
- A Delaware Machinery, AR-15, 6.5 caliber semiautomatic rifle; and
- A Smith and Wesson, .357 Magnum revolver, S/N: CCH1578.

(2)  The United States shall have full and legal title to the forfeited property and may dispose of it in accordance with law.

DATED this 16th day of November, 2020.

_____
Dana L. Christensen, District Judge
United States District Court